# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Michael Stacey,

                    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                                  3:05-cv-352-1

USA,

                    Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/24/05 Order.

**Signed: August 26, 2005**

Frank G. Johns, Clerk
United States District Court